IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYLER HUNT** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 25-188** |
| | : | |
| **SPECIAL AGENT KATHLEEN GORMAN, et al.** | : | |
| | : | |

## **ORDER**

This 3rd day of March, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant Detective Michael Cappo's Motion to Dismiss, ECF 3, is **GRANTED**. Plaintiff's false arrest claim against Detective Cappo under Count II is **DISMISSED** with prejudice. The Clerk of Court is requested to remove Detective Cappo as a party to this action.

 /s/ Gerald Austin McHugh
United States District Judge